Opinion filed March 29,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00041-CR

                                                    __________

 

                                     DAVID
CARLSON, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 167th District Court

 

                                                            Travis
County, Texas

 

                                           Trial Court
Cause No. D-1-DC-10-302643

 



 

                                            M
E M O R A N D U M    O P I N I O N

            David
Carlson has filed in this court a motion to dismiss his appeal.  Pursuant to Tex. R. App. P. 42.2, the motion is signed
by both appellant and his counsel.

The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM 

March 29, 2012

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.